CLAIRE FISHMAN *v.* MIDDLESEX MUTUAL
ASSURANCE COMPANY

The plaintiff's petition for certification for appeal from the Appellate Court, 4 Conn. App. 339, is denied.

*Leo Gold,* in support of the petition.

Decided September 24, 1985

CATHERINE A. GALVIN *v.* FREEDOM OF INFORMATION
COMMISSION ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 4 Conn. App. 468, is granted.

*Joseph I. Lieberman,* attorney general, and *Jane S. Scholl,* assistant attorney general, in support of the petition.

*Steven Spellman,* in opposition.

Decided September 24, 1985

ARTHUR I. GRAYSON *v.* ELYN K. GRAYSON

The defendant's petition for certification for appeal from the Appellate Court, 4 Conn. App. 275, is granted.

*Wesley W. Horton,* in support of the petition.

*Ellen B. Lubell,* in opposition.

Decided September 24, 1985